UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Marybeth Nuutinen, Individually and as special
administrator of the Estate of Charles H. Nuutinen,
Deceased,                                              Case No. 97-CV-678

                Plaintiff,

     v.

CBS Corporation, et al.,

                Defendants.

---

ORDER ON MOTION FOR LEAVE

---

      This matter coming before the Court on parties' stipulation regarding CBS' Motion

for Leave to file a motion for summary judgment, the Court orders that CBS' motion for

leave is granted. Plaintiff's response to CBS' motion for summary judgment is due on or

before March 20, 2015 and CBS' reply is due on or before March 31, 2015.

Date:  March 4, 2015

                                                      
Hon. Rudolph T. Randa
Presiding Judge